William H. Fitzgerald, Appellant, v. Interborough Rapid Transit Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

In the Matter of the Application and Petition of Seth Low and Others, Constituting the Board of Rapid Transit Railroad Commissioners of the City of New York, for and on Behalf of Said City, for the Appointment of Commissioners of Appraisal, etc., Relative to Acquiring a Perpetual Underground Right, etc., under Joralemon Street, etc. William R. Willcox and Others, Constituting the Public Service Commission of the State of New York for the First District, as Successors to the Board of Rapid Transit Railroad Commissioners, for and on Behalf of the City of New York, and The City of New York, Appellants; Packer and the Packer Estate, Respondents. (Joralemon Street, Packer Parcels.)— Order in so far as appealed from affirmed, with ten dollars costs and disbursements, on the authority of *Matter of Low* (*Mynderse, Notman and Abbott Parcels*) (*ante*, p. 572), decided herewith. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., dissented.

Lorena Ridgely Jones, Appellant, v. Carolyn A. Dow, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Adaline Losee, Respondent, v. Frederick W. Whitridge, as Receiver of the Union Railway Company of New York City, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Henry Mayen, Respondent, v. The Fishkill Electric Railway Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Bertha E. Nahe, Individually and as Administratrix with the Will Annexed, etc., of Louise E. Nahe, Deceased, Respondent, v. Henry J. Bauer and Others, Defendants, Impleaded with Clark D. Rhinehart, Appellant. (Action No. 1.)— Judgment affirmed, with costs. No opinion. Thomas, Carr, Woodward and Rich JJ., concurred; Jenks, P. J., dissented.

Anna Quinn, Respondent, v. John E. Quinn, Appellant.— Order modified in accordance with stipulation filed by respondent's attorney, and as, modified affirmed, without costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred. Order to be settled before Mr. Justice Woodward on Monday, June 24, 1912.

Dominik Sikorsky, Respondent, v. Martin & White Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Woodward and Rich, JJ., concurred; Jenks, P. J., and Carr, J., dissented.

Josiah T. Smith, Appellant, v. George F. Smith and Others, Defendants, Impleaded with Margaret L. Smith, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.